| | | | |
|---|---|---|---|
| S.B. v. H.D. . . . . . . . . | 06/09/2016 | 199 WAL (2016) | Denied | Pa.Super., 145 A.3d 786 |
| S.R., In re Adoption of; A.R., In re . . . . . | 07/05/2016 | 205 WAL (2016) | Denied | |
| S.R.M., In re Adoption of; R.M.B., In re . . . . . . . . . . . . . . . | 06/30/2016 | 194 WAL (2016) | Denied | Pa.Super., 145 A.3d 778 |
| T.P.G., In re Adoption of . . . . . . . . . . . | 07/19/2016 | 229 WAL (2016) | Denied | |
| Tryboski v. Pennsylvania State University . . . . . . . . . . . . . | 06/29/2016 | 137 MAL (2016) | Denied | Pa.Super., 134 A.3d 484 |
| V.A.P. v. J.K.H.-G. . . | 07/11/2016 | 223 WAL (2016) | Denied | No. 493 WDA 2016 |
| Walker v. Lancaster General . . . . . . . . . | 07/12/2016 | 158 MAL (2016) | Denied | Pa.Super., 141 A.3d 585 |
| Wilson v. Detwiler [19] | 05/03/2016 | 89 MAL (2016) | Denied | Pa.Super., 135 A.3d 653 |
| Babb v. Plusa . . . . . . | 07/07/2016 | 99 MAL (2016) | Denied | Pa.Cmwlth., 130 A.3d 162 |
| Baxter v. Unemployment Compensation Bd. of Review | 06/16/2016 | 185 MAL (2016) | Denied | |

**19.** Reconsideration Denied June 28, 2016.